# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1601. EARLY ARNOLD CONNELLY v. THE STATE.**

A jury found Early Arnold Connelly guilty of four counts of rape; four counts of incest; and one count each of statutory rape, child molestation, and aggravated sexual battery. With the exception of the aggravated sexual battery count, Connelly's convictions were affirmed on appeal. See *Connelly v. State*, 295 Ga. App. 765 (673 SE2d 274) (2009). Connelly subsequently filed an extraordinary motion for new trial. The trial court denied the motion, and Connelly filed this direct appeal.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/09/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*